UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GILBERT MENDOZA, | No.  2:24-cv-0816 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| G. MATTESON, et al., | |
| Defendants. | |

Plaintiff has filed a motion for an extension of time to file a second amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 13) is granted.

2. Plaintiff is granted until January 26, 2025, to file a second amended complaint. Failure to file a second amended complaint by that date will result in a recommendation that this action be dismissed.

3. The court's November 15, 2024, findings and recommendations are vacated.

Dated:  December 10, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
mend0816.36