UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GILBERT MENDOZA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G. MATTESON,<br><br>　　　　Defendant. | No.  2:24-cv-0816 TLN CKD P<br><br><br>ORDER |

　　　On March 21, 2025, the court recommended that plaintiff's second amended complaint be dismissed and that this case be closed.  In his objections to the court's recommendation, plaintiff requests leave to file a third amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　1.  The court's March 21, 2025, findings and recommendations are vacated; and

　　　2.  Plaintiff is granted thirty days to file a third amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice.  The third amended complaint must bear the docket number assigned this case and must

/////

/////

/////

/////

1

1  be labeled "Third Amended Complaint." Failure to file an amended complaint in accordance
2  with this order will result in a recommendation that this action be dismissed.

Dated: May 2, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mend0816.lta

2